Andrew Mitchell, WSBA 30399
Vicki L. Mitchell, WSBA 31259
MITCHELL & MITCHELL PLLC
1710 N. Washington Street, #200
Spokane, Washington 99205
Telephone: (509) 315-9890
Facsimile: (509) 315-9891
amitchell@mitchell-lp.com
vmitchell@mitchell-lp.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| HEIDI COOPER, on behalf of herself and all others similarly situated, | NO. |
| Plaintiff, | **NOTICE OF REMOVAL** |
| vs. | **(CLERK'S ACTION REQUIRED)** |
| EAGLE POINTE ICG, LLC, a Washington limited liability company, and SECURITY PROPERTIES RESIDENTIAL, LLC, a Washington limited liability company, | |
| Defendants. | |

TO:   THE CLERK OF THE ABOVE CAPTIONED COURT

PLEASE TAKE NOTICE that defendants, Eagle Pointe ICG, LLC, and Security Properties Residential, LLC, remove to this Court the state court action set forth below:

**NOTICE OF REMOVAL - 1**

1. This case involves a subsidiary program established by Section 42 of the Internal Revenue Service Code with oversight being granted to the Department of Housing and Urban Development (Section 8 Tenant Based Assistance Housing Choice Voucher Program – 29 C.F.R. Part 982), which is administered by the State of Washington through the Washington State Housing Commission and Spokane County Housing Authority.

2. On August 6, 2020, a complaint was filed in Spokane County Superior Court (Cause Number 20-2-02131-32) titled in the above captioned manner. This complaint alleges to establish a class of persons and seeks relief for alleged violation of the above described statutory and regulatory framework.

3. All parties to this action have been served as of the date of filing of this Notice of Removal.

4. Pursuant to 28 U.S.C. §133, this Court has jurisdiction over all actions arising under the "Constitution, laws, or treaties of the United States." Plaintiff's complaint alleges violation of the statutory framework described in paragraph 1.

5. Removal to this Court is authorized pursuant to 28 U.S.C. §1441(a) and venue is proper within this Court pursuant to such statutory authorization. This Court has supplemental jurisdiction over any state law claims pursuant to 28 U.S.C. §1367(a).

**NOTICE OF REMOVAL - 2**

8.  Defendants reserve all rights and defenses and this Notice is made without waiving any defenses available to defendants.

9.  Pursuant to 28 U.S.C. §1446(d), notice of this removal has been filed within the Spokane County Superior Court. A copy of all pleadings on file with the Spokane County Superior Court at the time of this Notice have been provided to this Court under separate pleading.

DATED this 25th day of August 2020.

    MITCHELL & MITCHELL PLLC

By:  /s/ Andrew Mitchell
Andrew Mitchell, WSBA 30399
Vicki L. Mitchell, WSBA 31259
1710 N. Washington St., #200
Spokane, WA 99205
(509) 315-9890
(509) 315-9891
amitchell@mitchell-lp.com
vmitchell@mitchell-lp.com
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of August 2020, I electronically filed the preceding pleading with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Kirk Miller | kmiller@millerlawspokane.com |
| Brian Cameron | bcameron@cameronsutherland.com |
| Shayne Sutherland | ssutherland@cameronsutherland.com |

Further, I hereby certify there are no non-CM/ECF participants upon whom service is required in this matter.

By:  */s/ Andrew Mitchell*
Andrew Mitchell, WSBA 30399
Vicki L. Mitchell, WSBA 31259
1710 N. Washington St., #200
Spokane, WA 99205
(509) 315-9890
(509) 315-9891
amitchell@mitchell-lp.com
vmitchell@mitchell-lp.com
Attorneys for Defendants

NOTICE OF REMOVAL - 4